# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>                Plaintiff,<br><br>     v.<br><br>MADDEN, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:12-cv-01527-BAM<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE IN FULL<br><br>(ECF No. 3)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT AND MOTION REGARDING ORDER<br><br>(ECF No. 6, 8) |

Plaintiff Tony Edward Powell ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. This action was filed on September 17, 2012, and on September 21, 2012, an order issued finding that Plaintiff was subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis in this action. Plaintiff was ordered to pay the filing fee within thirty days or this action would be dismissed, without prejudice. (ECF No. 3.) Plaintiff filed a motion for reconsideration which was denied on October 24, 2012. (ECF Nos. 4, 5.) On October 30, 2012, Plaintiff filed a motion to supplement his motion for reconsideration. (ECF No. 6.) On November 19, 2012, Plaintiff filed a motion to permit him to proceed with partial payment. (ECF No. 8.)

In his motion to supplement, Plaintiff states that he can make a partial payment of the filing fee and requests to be allowed for the remainder of the fee to be paid incrementally until the balance

1

has been paid in full.  In the motion filed November 19, 2012, Plaintiff again requests that he be allowed to proceed with only a partial payment.  Because Plaintiff is precluded from proceeding in forma pauperis the request is denied.  Further, because more than thirty days have passed and Plaintiff has failed to pay the filing fee in full as ordered by the Court, this action shall be dismissed, without prejudice.

     Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to supplement the motion for reconsideration, filed October 30, 2012, is DENIED;
2. Plaintiff's motion, filed November 19, 2012, is DENIED; and
3. This action is dismissed, without prejudice, for refiling with the submission of the $350.00 filing fee in full.

IT IS SO ORDERED.

Dated:   November 26, 2012

                                                        UNITED STATES DISTRICT JUDGE