# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MADDEN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-01527-AWI-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REOPEN PROCEEDINGS<br><br>(ECF No. 11) |

Plaintiff Tony Edward Powell ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. This action was filed on September 17, 2012, and on September 21, 2012, an order issued finding that Plaintiff was subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis in this action. (ECF No. 3.) On October 5, 2012, Plaintiff filed a motion for reconsideration which was denied on October 24, 2012. (ECF Nos. 4, 5.) Plaintiff field a motion to supplement his motion for reconsideration on October 30, 2012, and a motion regarding the order to pay the filing fee within thirty days on November 19, 2012. (ECF Nos. 6, 8.) On November 27, 2012, an order issued denying Plaintiff's motions and dismissing this action for failure to pay the filing fee in full in compliance with the court order. (ECF No. 9.) On December 20, 2012, Plaintiff filed a motion to reopen the proceedings. (ECF No. 11.)

　　In his motion to reopen the proceedings, Plaintiff states that he has now raised the $350 and requests that this action be reopened. Plaintiff was advised in the order issued November 27, 2012,

that this action was dismissed, without prejudice, for refiling with the submission of the $350 filing fee in full.  If Plaintiff has now raised the $350, then he may file a new action.  Accordingly, Plaintiff's motion to reopen this action is HEREBY DENIED.

IT IS SO ORDERED.

Dated:    December 22, 2012

UNITED STATES DISTRICT JUDGE