# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>MADDEN, et al.,<br><br>        Defendants.                  / | CASE NO. 1:12-cv-01527-AWI BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION<br>TO REOPEN CIVIL ACTION<br><br>(ECF No. 13) |

Plaintiff Tony Edward Powell ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. This action was filed on September 17, 2012, and on September 21, 2012, an order issued finding that Plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis in this action. (ECF No. 3.) On October 5, 2012, Plaintiff filed a motion for reconsideration, which was denied on October 24, 2012. (ECF Nos. 4, 5.) Plaintiff filed a motion to supplement his motion for reconsideration on October 30, 2012, and a motion regarding the order to pay the filing fee on November 19, 2012. (ECF Nos. 6, 8.) On November 27, 2012, an order issued denying Plaintiff's motions and dismissing this action for failure to pay the filing fee in compliance with the court's order. (ECF No. 9.) On December 20, 2012, Plaintiff filed a motion to reopen the proceedings. (ECF No. 11.) On December 26, 2012, an order issued denying Plaintiff's motion to reopen the proceedings. (ECF No. 12.) On December 26, 2012, Plaintiff filed a second motion to reopen this case. (ECF. No. 13.)

In his second motion to reopen the case, Plaintiff states that he now has the full filing fee and he has sent $350 to the court. Plaintiff again requests that this action be reopened. Plaintiff was advised in the order issued on November 27, 2012, that this action was dismissed, without prejudice, for refiling with the submission of the $350 filing fee. Thereafter, Plaintiff was advised in the order issued on December 26, 2012, that if Plaintiff had raised the $350, then he could file a new action. The court reiterates that Plaintiff may file a new action (and not seek to reopen this action) if he submits the required filing fee. Accordingly, Plaintiff's second motion to reopen this case is HEREBY DENIED. The Clerk of the Court is DIRECTED to return any filing fee received from Plaintiff for this action.

IT IS SO ORDERED.

Dated:   January 4, 2013

UNITED STATES DISTRICT JUDGE