# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>               Plaintiff,<br>   v.<br>MADDEN, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:12-cv-01527-AWI-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S PETITION TO SUPPLEMENT COMPLAINT, ALTERNATIVELY PETITIONING FOR LEAVE TO ENTER DOCUMENTS TO THE DOCKET TO REFLECT AS RECORD<br>(ECF No. 17) |

      Plaintiff Tony Edward Powell ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971). Plaintiff is subject to 28 U.S.C. § 1915(g), and is precluded from proceeding in forma pauperis. (ECF No. 3.) On November 27, 2012, the Court dismissed this action for Plaintiff's failure to pay the filing fee and closed this case. (ECF No. 9.) Following repeated motions to reopen this action, the Court informed Plaintiff that any further petitions, motions or filings in this closed action would be stricken from the record. (ECF No. 16.)

      On January 22, 2013, Plaintiff filed a "Petition to Supplement Complaint, Alternatively Petitioning for Leave to Enter Documents to the Docket to Reflect as Record." (ECF No. 17.) The petition is unsigned. As unsigned documents cannot be considered by the Court, Plaintiff's petition is HEREBY STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131(b). The Court again admonishes Plaintiff that any further petitions, motions or filings in this closed action will be stricken from the record.

      IT IS SO ORDERED.

Dated:   **January 30, 2013**             **/s/ Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE