# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>          Plaintiff,<br><br>   v.<br><br>GEORGE, et al.,<br><br>          Defendants. | 1:12-cv-01527-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FORWARD MONIES TO CURRENT CLAIM DENIED AS MOOT<br><br>(Document 19) |

     Plaintiff Tony Edward Powell ("Plaintiff"), a federal prisoner, filed this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91, S.Ct. 1999 (1971) on September 17, 2012.  On September 21, 2012, the Court found that Plaintiff was subject to 28 U.S.C. § 1915(g) and was required to submit the $350.00 filing fee.  On November 27, 2012, the Court dismissed the action, without prejudice, based on Plaintiff's failure to submit the $350.00 filing fee.  Plaintiff was advised that he could file a new action if he submitted the required filing fee.

     On January 8, 2013, Plaintiff submitted the $350.00 filing fee.  Thereafter, on February 11, 2013, Plaintiff filed a motion for leave to forward the fees from this case to his current, active case, <u>Powell v. Madden, et al.</u>, Case No. 1:13-cv-00057-AWI-MJS (PC) ("Active Case").  (ECF No. 19.)  Plaintiff filed the same motion in his Active Case.  (<u>Powell v. Madden, et al.</u>, 1:13-cv-00057-AWI-MJS (PC), ECF No. 4.)

1

On March 25, 2013, the Court entered an order in his Active Case, which granted Plaintiff's motion to transfer fees and directed the Clerk's Office to transfer the fees filed in this action to his Active Case.  (Powell v. Madden, et al., 1:13-cv-00057-AWI-MJS (PC), ECF No. 7.)  As the Court has granted the requested fee transfer, the instant motion for fee transfer is no longer necessary and is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **March 29, 2013**               /s/ Barbara A. McAuliffe          _
                                      UNITED STATES MAGISTRATE JUDGE